### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

DEVRA VILKAS,

          Plaintiff,

-vs-                                          Case No.  2:09-cv-516-FtM-36SPC

SEARS, ROEBUCK & CO. d/b/a Sears Holding Corporation,

          Defendant.

_____

### ORDER

This matter comes before the Court on Defendant Sears, Roebuck and Co.'s Unopposed Motion to Extend Expert-Related Due Dates (Doc. #25) filed on November 17, 2010.  The Parties inform the Court that they are in active settlement negotiations and request an extension of certain deadlines to avoid incurring additional costs.  Thus, for good cause shown, the Court will grant the requested relief.

Accordingly, it is now

**ORDERED:**

Defendant Sears, Roebuck and Co.'s Unopposed Motion to Extend Expert-Related Due Dates (Doc. #25) is **GRANTED**.  The deadlines in this case are amended as follows:

| | | |
|---|---|---|
| Disclosure of Experts | Plaintiff:<br>Defendant: | **January 15, 2011**<br>**February 15, 2011** |
| Discovery Deadline | | **March 15, 2011** |
| Dispositive Motions, *Daubert*, and *Markman* Motions | | **March 30, 2011** |

**All other deadlines remain unchanged.**

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

**DONE AND ORDERED** at Fort Myers, Florida, this   17th    day of November, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record